UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY SELLS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06CV0077 (RJL) |
| ) | |
| Executive Office for United States ) | |
| Attorneys, et. al, ) | |
| ) | |
| Defendants ) | |
| ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Defendants Executive Office for United States Attorneys ("EOUSA"), Drug Enforcement Administration ("DEA"), Criminal Division of U.S. DOJ ("Criminal Division"), Bureau of Alcohol, Tobacco and Firearms ("ATF"), Federal Bureau of Prisons ("BOP"), Internal Revenue Service ("IRS"), Federal Bureau of Investigation ("FBI"), and United States Marshals Service ("U.S. Marshals"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendants request that the deadline for responding to Plaintiffs' Complaint be extended 45 days, from February 21, 2006, to April 6, 2006  Plaintiff has filed his Complaint pro se, and is currently incarcerated, therefore he has not been contacted respecting this motion. The grounds for this request are set forth below.

Plaintiff has filed a Complaint under FOIA that references and names eight different agencies – (1) EOUSA; (2) DEA; (3) the Criminal Division; (4) ATF; (5) BOP; (6) the IRS; (7) the FBI; and (8) the U.S. Marshals – as Defendants. Undersigned counsel anticipate filing a Motion for Summary Judgment supported by Declarations and Vaughn indices, however, given the large number of Defendants, preparation and coordination of the response to Plaintiff's Complaint is of unusual difficulty. Undersigned counsel was assigned to the defense of this case on January 24, 2006. Letters were prepared and sent to each of the agencies on January 26,

2006, requesting that the agency contact undersigned counsel with instructions to the agency to contact undersigned counsel to assist in the preparation of the defense. As of February 14, 2006, undersigned counsel had only heard from four agencies, BOP, EOUSA, the IRS, and the U.S. Marshals. Each of these agencies is in the process of preparing respective declarations and Vaughn indices, but has not yet been able to complete same.

On February 15, 2006, undersigned counsel spoke with Peggy Bolando, head of the FOIA litigation unit at the FBI in Washington, D.C., and learned that the FBI had not yet received a copy of the Complaint. Undersigned counsel sent Ms. Bolando a copy of the Complaint, and Ms. Bolando contacted her affiliate office in Oklahoma City. The FBI litigation unit in Oklahoma City is now in the process of assigning an individual to handle the case and prepare a declaration. Also on February 15, undersigned counsel spoke with Kathy Hsu in the Criminal Division, who likewise had not yet received a copy of the Complaint. Undesigned counsel faxed Ms. Hsu a copy of the Complaint, and Ms. Hsu informed undersigned counsel that given her division's other ongoing litigation, she would need thirty days to review the case and prepare a declaration. Undersigned counsel has attempted to ascertain the individuals assigned to handle this case at ATF and the DEA, but both agencies have not yet provided contact information. Undersigned counsel anticipates that both ATF and the DEA will require at least thirty days to prepare the necessary information.

In addition, undersigned counsel had been preparing for trial in <u>Margaret S. Sue v. United States</u>, 05-1355 (JR), originally scheduled for trial February 21, 2006 (the trial date was vacated on February 13, 2006, when a tentative settlement was reached). Undersigned counsel is also preparing for trial in the case of <u>Henderson v. FAA</u>, 02-1498 (GK), which is scheduled for March 2, 2006. Finally, undersigned counsel will be out of the office, on committed leave, from March 10, 2006, until March 27, 2006.

This extension is sought in good faith and will not unfairly prejudice any party. In addition, allowing Defendants additional time to respond to Plaintiff's Complaint will aid the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including April 6, 2006.

Dated: February 16, 2006.

                        Respectfully submitted,
                        /s/
                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                        United States Attorney
                        /s/
                        R. CRAIG LAWRENCE, D.C. BAR # 171538
                        Assistant United States Attorney
                        /s/
                        HEATHER R. PHILLIPS, CA BAR # 191620
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th Street, N.W. - Civil Division
                        Washington, D.C. 20530
                        (202) 514-7139

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants' Motion for Enlargement of Time was mailed to Plaintiff pro se, Shelby Sells, No. 04134-063, Federal Correctional Complex, Box 3000 (MEDIUM), Forrest City, Arkansas 72336, this 16th day of February, 2006.

                                        _____
HEATHER R. PHILLIPS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Rm. E4212
Washington, D.C. 20001
(202) 514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY SELLS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06CV0077 (RJL) |
| ) | |
| Executive Office for United States ) | |
| Attorneys, et. al, ) | |
| ) | |
| Defendants ) | |
| ) | |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time until April 6, 2006 to answer or otherwise respond to Plaintiff's Complaint, it is this ____ day of _____, hereby

ORDERED that the Defendants' motion is hereby GRANTED

_____
UNITED STATES DISTRICT JUDGE

- 5 -