UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHELBY SELLS,                        )
                                     )
                Plaintiff,           )
                                     )
        v                            )    CASE No. 06-0077-RJL
                                     )
EOUSA, et al.,                       )
                                     )
                Defendants.          )

## MOTION FOR PARTIAL SUMMARY JUDGEMENT

NOW COMES, Plaintiff, SHELBY SELLS, Pro Se, a federal prisoner, and respectfully moves this Court to enter partial summary judgement in his favor and against defendants, each and every one of them, as to the issue of exhaustion of remedies only. In support, he states:

1. Plaintiff feels there is no genuine issue as to any material fact on the sole issue of exhaustion of administrative remedies under the FOIA in each of the counts of this suit and as to each and every defendant in this suit. He believes he is entitled to judgement as a matter of law because there is no dispute as to the issue of the exhaustion in each and every count. There is no reason for trial as to whether plaintiff has fully exhausted all administrative remedies.
2. Plaintiff therefore asks the Court to only look at the law in relation to those facts and then determine if those undisputed facts justify the legal conclusion that plaintiff has fully exhausted all administrative remedies in relation to each count and each defendant.
3. In support of this instant motion for partial summary judgement plaintiff submits the attached exhibits No. 1 through 64, et al., and a sworn affidavit of SHELBY SELLS verifying the authenticity of each and every exhibit. These exhibits and affidavit in support establish the facts that plaintiff relies upon to support his contention that he has fully exhausted all administrative remedies as to each count and to each defendant herein.
4. Plaintiff therefore asks for partial summary judgement in his favor and against each and every defendant in this suit and as to each and every count, on the issue of exhaustion of administrative remedies only.

WHEREFORE, Plaintiff prays for partial summary judgement as above.

Respectfully Submitted this ____ day of February, 2006.

By X _____
SHELBY SELLS, Pro Se
No. 04134-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

STATE OF ARKANSAS )
) SS: AFFIDAVIT
ST FRANCIS COUNTY )

I, SHELBY SELLS, after having been duly sworn and under oath, hereby depose and state as follows:

That attached hereto are exhibits 1 through 64 with some exhibits enumerated with subletters.

Each one of these exhibits are true and correct copies of the original letters that I mailed or received from 8 federal agencies named in the above styled suit on the caption page.

These exhibits portray the fact that I have exhausted all available administrative remedies in my efforts to obtain records under the FREEDOM OF INFORMATION ACT.

I have either personally mailed each one of them or received each one of them personally, depending on the particular circumstance. I have done all I could via these letters to exhaust all available remedies.

This affidavit is being made of my own personal knowledge of the exhaustion of remedies.

I declare under the penalty of perjury that the aforementioned is true and correct as to the best of my current knowledge and beliefs.

Further affiant sayeth naught.

Executed this 9TH day of February, 2006.

By X /s/ Shelby Sells
Shelby Sells, Affiant Herein

(28 USC Section 1746)

CERTIFICATE OF SERVICE

I, SHELBY SELLS, after having been duly sworn and under oath, hereby depose and state as follows:

That on this day I mailed a copy of this MOTION FOR PARTIAL SUMMARY JUDGEMENT with attached exhibits No. 1 through 64, et al and the affidavit of SHELBY SELLS, to the United States Attorney @ 555 4th Street, NW, in Washington, D. C. 20530.

Executed this 9Th day of February, 2006.

By _____
Shelby Sells, Affiant

(28 USC Section 1746)