# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **SHELBY SELLS** | |
| Plaintiff(s) | |
| vs. | Civil Case No: **06-0077(RJL)** |
| **EOUSA, et al.** | |
| Defendant(s) | |

## NOTICE REGARDING BULKY PLEADING

Pursuant to the procedures for filing documents electronically. This Notice serves as notification of bulky exhibits to the **Motion for Partial Summary** has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** February 14, 2006