5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY SELLS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06CV0077 (RJL) |
| Executive Office for United States Attorneys, et. al, | ) |
| Defendants | ) |

ORDER

Upon consideration of Defendants' Motion for Enlargement of Time until April 6, 2006 to answer or otherwise respond to Plaintiff's Complaint, it is this 23rd day of February, 2006 hereby

ORDERED that the Defendants' motion is hereby GRANTED

_____
UNITED STATES DISTRICT JUDGE