UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY SELLS, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | Civil Action No. 06CV0077 (RJL) |
| ) | |
| Executive Office for United States ) | |
| Attorneys, et. al, ) | |
| ) | |
| Defendants ) | |
| ) | |

**DEFENDANT EOUSA'S SECOND MOTION FOR ENLARGEMENT OF TIME**

Defendant Executive Office for United States Attorneys ("EOUSA"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. This is Defendant EOUSA's second request for an enlargement of time. Defendant EOUSA requests that the deadline for answering or otherwise responding to Plaintiffs' Complaint be extended 45 days, from April 6, 2006, to May 22, 2006. Plaintiff has filed his Complaint pro se, and is currently incarcerated, therefore he has not been contacted respecting this motion. The grounds for this request are set forth below.

Plaintiff has filed a Complaint under FOIA that references and names eight different agencies, including: (1) EOUSA; (2) DEA; (3) the Criminal Division; (4) ATF; (5) BOP; (6) the IRS; (7) the FBI; and (8) the U.S. Marshals – as Defendants. Although undersigned counsel anticipated filing a Motion for Summary Judgment supported by Declarations and Vaughn indices for all the Defendants, Defendant EOUSA has been unable to prepare a declaration and Vaughn index to date. Undersigned counsel was informed by Agency Counsel at EOUSA that he had this week received additional boxes of documents that were potentially responsive and that he needed to review in order to prepare his declaration. Agency Counsel was not previously aware of the existence of these documents. Once the documents have been fully processed, they

will either be released to Plaintiff or withheld pursuant to FOIA.

This extension is sought in good faith and will not unfairly prejudice any party. In addition, allowing Defendant EOUSA additional time to respond to Plaintiff's Complaint will aid the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant EOUSA respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including May 22, 2006.

Dated: April 5, 2006.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS, CA BAR # 191620
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7139

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Defendants' Motion for Enlargement of Time was mailed to Plaintiff pro se, Shelby Sells, No. 04134-063, Federal Correctional Complex, Box 3000 (MEDIUM), Forrest City, Arkansas 72336, this 5th day of April, 2006.

                                                    /s/
                                      HEATHER R. PHILLIPS
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 4th Street, NW, Rm. E4212
                                      Washington, D.C. 20001
                                      (202) 514-7139

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHELBY SELLS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.   ) | **Civil Action No. 06CV0077 (RJL)** |
| ) | |
| **Executive Office for United States** ) | |
| **Attorneys, et. al,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant EOUSA's Second Motion for Enlargement of Time until May 22, 2006 to answer or otherwise respond to Plaintiff's Complaint, it is this _____ day of _____, hereby

ORDERED that the Defendant's motion is hereby GRANTED

_____
UNITED STATES DISTRICT JUDGE