**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SHELBY SELLS,                    ) | |
|                                  ) | |
|         Plaintiff,               ) | Case Number:  1:06CV00077  (RJL) |
|                                  ) | |
|         v.                       ) | |
|                                  ) | |
| UNITED STATES                    ) | |
| DEPARTMENT OF                    ) | |
| JUSTICE, *et al.*,               ) | |
|                                  ) | |
|         Defendants.              ) | |
| _____ ) | |

**DECLARATION OF KATHY HSU**

I, Kathy Hsu, declare the following to be true and correct:

1.    I am an attorney in the Criminal Division of the United States Department of Justice assigned to the Office of Enforcement Operations.  My specific assignment at the present time is that of Litigation Attorney for the Division's Freedom of Information Act/Privacy Act Unit (FOIA/PA Unit).

2.    In such capacity, my duties are, *inter alia*, to review complaints in lawsuits filed under both the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.*, and the Privacy Act (PA), 5 U.S.C. § 552a *et seq.*, and to provide litigation support and assistance to Assistant United States

- 1 -

Attorneys and to Department trial attorneys litigating these cases in District Court.  In conjunction with these duties, I review processing files that have been compiled by the paralegal processors and reviewed by supervisory paralegals and/or by the FOIA/PA Unit Chief in responding to FOIA/PA requests received by the Unit.  I also consult with the Unit Chief, who supervises the Unit's processing of FOIA and PA requests, and with the supervisory paralegals to confirm that determinations to withhold or to release records of the Criminal Division have been made in accordance with the provisions of both the FOIA and the PA, and with Department of Justice regulations - 28 C.F.R. § 16.1 *et seq.*

3.    I make this declaration on the basis of information acquired through the performance of my official duties.

### SUMMARY OF CORRESPONDENCE

4.    By letter dated April 30, 2005, plaintiff made a request to the Department of Justice, Criminal Division's FOIA/PA Unit for records concerning himself.  *See* Exhibit 1.

5.    By letter addressed to the plaintiff dated May 24, 2005, the Criminal Division acknowledged receipt of his request and advised him that the request had not been received in proper form and before further action could be taken in processing his request additional information would be required from him.  Specifically, plaintiff was advised

- 2 -

that the FOIA/PA Unit was unable to search for the records requested because the plaintiff had not furnished a "Privacy Act Identification and Request Form," and he did not indicate on the "Criminal Division's List of Systems of Records Form" which systems of records maintained by the Criminal Division he wanted searched.  Enclosed with the May 2005 acknowledgment letter, the Criminal Division attached the two forms for the plaintiff to complete; (1) Privacy Act Identification and Request Form and (2) Criminal Division's Privacy Act Systems of Records Form.  Once completed by plaintiff, these forms would provide the additional information needed by the FOIA/PA Unit to thoroughly process his request.  Additionally, the plaintiff was notified that his request had been assigned case number CRM-200500513P, however, request CRM-200500513P would be closed and when the Criminal Division received the attached forms in completed form, the request would then be reopened under a different case number.  Plaintiff was also notified in the letter of his administrative appeal rights should he treat the letter as a denial of his request.  *See* Exhibit 2.

6.   By letter dated June 9, 2005, the plaintiff returned the "Privacy Act Identification and Request Form" and the "Criminal Division's Privacy Act Systems of Records Form."  He indicated on the forms the systems of records he

wanted searched and provided information about himself that would assist the Criminal Division in those searches.  *See* Exhibits 3 and 4.

7.  By letter addressed to the plaintiff dated June 28, 2005, the Criminal Division acknowledged that it received from the plaintiff the "Privacy Act Identification and Request Form" dated June 9, 2005, and the list of systems of records he wanted searched.  The plaintiff's FOIA/PA request was reassigned case number CRM-200500653P.  The plaintiff was further advised that the FOIA/PA Unit would conduct a search to determine what records the Criminal Division had that were within the scope of the request.  *See* Exhibit 5.

8.  By a letter addressed to the Department of Justice, Office of Information and Privacy (OIP) dated July 30, 2005, plaintiff sought an administrative appeal with OIP asserting that the FOIA/PA Unit did not respond to his request within the time limits established by the Freedom of Information and Privacy Acts.  *See* Exhibit 6.

9.  By a letter addressed to the plaintiff dated August 30, 2005, the FOIA/PA Unit advised plaintiff that it had completed its search for relevant Criminal Division's records in his name and located no records responsive to his request. *See* Exhibit 7.

10.  By letter dated September 6, 2005, OIP

-4-

acknowledged receipt of plaintiff's July 30, 2005 letter seeking an administrative appeal.  OIP notified plaintiff that it had contacted the Criminal Division and learned that the FOIA/PA Unit was still in the process of responding to his request.  The letter went on the state that OIP's function is limited to the review of those records to which access is in fact denied.  OIP advised plaintiff that it did not have the necessary resources to conduct the records review to make an initial determination, and that OIP could not act on the appeal until an initial determination had been made by the Criminal Division.  Plaintiff was also advised that he could file another appeal to OIP after the Criminal Division completed its action in his request and the material was denied.[1]  *See* Exhibit 8.  Plaintiff was also advised of his right to seek judicial review of the decision in accordance with 5 U.S.C. § 552(a)(4)(B).

### SEARCH PROCEDURES

11.    In processing requests from individuals seeking information on themselves, the Criminal Division begins by searching its centralized records index, JUSTICE/CRM-001 (Central Criminal Division Index File and Associated Records).  When a search of this Central Index reflects

---

[1]The Criminal Division sent its response letter one week before OIP responded to plaintiff's administrative appeal.

responsive, or potentially responsive records, a search is sent to the section identified as having custody of the records for such records.

12.    In addition, the Criminal Division also affords requesters the opportunity to designate specific Privacy Act systems of records to be searched by means of a form listing the Division's systems of records and a short description of the nature of records maintained in each and allowing requesters to designate specific systems to be searched merely by placing a check mark adjacent to the system description.  Here, the plaintiff requested that searches be undertaken of the following Privacy Act systems: JUSTICE/CRM-003 (File of Names Checked to Determine if Those Individuals have been the Subject of an Electronic Surveillance), JUSTICE/CRM-004 (General Litigation and Legal Advice Section), JUSTICE/CRM-012 (Organized Crime and Racketeering Section), JUSTICE/CRM-019 (Requests to the Attorney General for Approval of Applications to Federal Judges for Electronic Interceptions), JUSTICE/CRM-022 (Witness Immunity Records), and JUSTICE/CRM-025 (Tax Disclosure Index File and Associated Records).  Plaintiff additionally requested a search of the Narcotics and Dangerous Drug Section.  *See* Exhibit 4.

13.    Pursuant to long-standing FOIA/PA search

procedures, a search sheet with a copy of the plaintiff's
request is transmitted to all sections that may have records
responsive to the plaintiff's request.  A copy of the
"Privacy Act Identification and Request Form" which plaintiff
had completed was forward with the search sheets.  *See*
Exhibit 3.  Designated personnel employed by the pertinent
sections undertake a search for responsive materials and
report the results by means of individual, signed forms to
the Criminal Division FOIA/PA Unit.  Searches are to be
undertaken in the same manner as if the Criminal Division
were seeking the information for its own, official purposes.
By this means, the Criminal Division aims to ensure that its
searches fully meet the criteria established under the
Freedom of Information Act and the Privacy Act and
interpretative decisional law.[2]

14.  I have personally reviewed all of the original,
signed search responses in this case, and have verified that
all of the Criminal Division's Privacy Act systems of records
designated by the plaintiff were searched and no record

---

[2]Unlike the Federal Bureau of Investigation or the Federal
Bureau of Prisons, the Criminal Division assigns no special
identification numbers to individuals.  Nor does it maintain
files based on social security numbers.  Nor does it maintain any
field offices outside the Washington, D.C. area.  Finally, unlike
certain other law enforcement components, the Criminal Division
maintains no separate "see reference" or "cross-reference" files
requiring separate searches.

responsive to plaintiff's request was located.

15.  The absence of responsive Criminal Division records is not surprising in this case.  The great majority of Federal crimes are prosecuted by the local United States Attorney's Office, independently, of the Criminal Division, and copies of such records are ordinarily not maintained in the Criminal Division.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  ___March 7, 2006___

KATHY HSU

- 8 -

To: Thomas McIntyre, Chief
FOIA/PA Unit, CRIMINAL DIVISION
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D. C.  20530

Date: April 30, 2005

MAY 1 0 2005

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All records.  Please search all components, or, send me your comprehensive list/checksheet of all of them.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME   SHELBY WAYNE SELLS

DATE OF BIRTH :  December 7, 1944

PLACE OF BIRTH :   Sallisaw, Oklahoma

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 30th day of April , 2005 .

By  X _Shelby Sells_
Affiant Herein

(28 USC Section 1746)

Name:   SHELBY SELLS

Reg. No.    04134-063

*Shelby Sells v. DOJ,*
Case No. 1:06CV00077 (RJL)
Declaration of Kathy Hsu
EXHIBIT    1







Thomas McIntyre, Chief,
FOIA/PA Unit, Criminal Division
United States, Dept. of Justice
950 Pennsylvania
Washington, D.C. 20530
DEPARTMENT OF JUSTICE
MAR 04 2005

MEMPHIS TN 381
PM
20 MAY 2005

Shelby Bellis
04134-063
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AR. 72335



**U. S. Department of Justice**

**Criminal Division**

*Washington, D.C. 20530*

CRM-200500513P

MAY 2 4 2005

Shelby Sells
Reg. No. 04134-063
Federal Correctional Complex - Medium
P.O. Box 3000
Forrest City, AR 72335

Dear Mr. Sells:

    This will acknowledge receipt of your letter of April    30,
2005, requesting records relating to you.

    We were unable to search for the records you requested because
you have not furnished the following item(s) in compliance with 28
C.F.R. 16.41.

[ ]  <u>Certification of Identification Form</u>.  Notarized
     signature or Declaration pursuant to 28 U.S.C. Section
     1746.

[X]  <u>Privacy Act Identification and Request Form</u>.  This form
     is requested because our experience indicates that many
     persons throughout the country have the same or similar
     names.

[X]  <u>**CURRENT** Descriptive List of Systems of Records Maintained
     by the Criminal Division</u>.  Please review this list and
     indicate which systems you wished searched.

    A copy of each requested form is enclosed.

    We are closing out this request.  Upon receipt of the completed
form(s), we will assign a new number to your request and process it.
Please return the requested form(s) to:

Thomas J. McIntyre, Chief
FOIA/PA Unit, Criminal Division
DOJ, Keeney Building, Suite 1127
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530.

    If you treat this response as a denial, you have a right to an
administrative appeal.  The appeal should be in writing and addressed
to: Assistant Attorney General, Office of Legal Policy (Attention:


MB
5/11/05

KH 5/18/05

*Shelby Sells v. DOJ,*
Case No. 1:06CV00077 (RJL)
Declaration of Kathy Hsu

EXHIBIT    2

**FILE COPY**

Office of Information and Privacy) United States Department of Justice, Washington, D.C. 20530. The envelope and letter should be clearly marked, "FOIA/PA Appeal". If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia.

Sincerely,

Thomas J. McIntyre, Chief
Freedom of Information Act/Privacy Act Unit
Office of Enforcement Operations
Criminal Division

DATE: June 9 2005

PRIVACY ACT NOTICE: The following information is requested pursuant to Department of Justice Regulations (28 C.F.R. 16.41) in order to verify your identity and to assist in locating your records. False information may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

I request access to records or information pertaining to me in the system(s) of records checked on the attached list.

JUN 21 2005

1. FULL NAME (Please print):

Sells - Shelby - Wayne

(LAST)        (FIRST)        (MIDDLE, IN FULL)

2. Date of Birth: 12/07/1944   Place of Birth: Sallisaw, Oklahoma US
mo./day/year

3. Present address: Box 3000 (Medium) Forrest City, Arkansas 72331

4. Prior addresses: RT 3, Box 129, Sallisaw, Ok 74955

5. The approximate year or years during which you believe that a record about you may have been created: 1995 To 2005

6. The judicial district(s) or state(s) where the events occurred about which you believe a record may have been created:
Eastern District of Oklahoma

7. If married or divorced or separated, the full name of your spouse (if wife, please include maiden name): Maxine Viola Daniels-Sells

8. If the record you believe to exist about you includes arrest, trial or conviction records:

(a) The date of arrest, indictment or complaint against you:
July 18, 2003

(b) Approximate date of conviction: June 3, 2004

(c) Federal court and district in which trial or proceeding took place:
Muskogee, Ok Federal District Court

(d) Federal offense(s) involved: Conspiracy methamphetamine, Ammunition

(e) Names of codefendant(s) (if any): Kieth Edwards, Bobby Isaacs, Marian Daniels, Tony Sells

In accordance with Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

x Shelby Sells        Date: 6/9/05        Rev. 10/03

CRIMINAL DIVISION                                    PRIVACY ACT SYSTEMS OF RECORDS

REQUESTER'S NAME  *Shelby Sells*     PA/CRM NO.  *200500653P*

## TO EXPEDITE YOUR REQUEST

Please read the description of the information contained in each system of records before requesting a search of that system. Feel free to request a search of any system you reasonably think may contain records relating to you. However, if you have no reason to believe that a particular system of records will contain information about you, requesting that system may cause unnecessary delays in our response. Please be aware that most Federal prosecutions are conducted by the local United States Attorney's Office, whose records may be requested from the Justice Department's Executive Office for United States Attorneys. Also, if you are seeking records of other components of the United States Department of Justice (such as the FBI or the Drug Enforcement Administration) or of other agencies of the United States government, you should address your request directly to those components or agencies. A listing of addresses of FOIA contacts for all Federal agencies may be found at http://www.usdoj.gov/ foia/foiacontacts.htm.

✓  **JUSTICE/CRM - 001**       Central Criminal Division Index File and Associated Records

This system contains information on persons referred to in potential or actual cases and matters of concern to the Criminal Division and correspondence on subjects directed or referred to the Criminal Division. This system also contains records which were maintained by the former Internal Security Division (now a Section of the Criminal Division).

This system also contains records which are maintained by the Narcotics & Dangerous Drug Section. If you ✓ have reason to believe records concerning you may be retrieved from that Section please check here

N.A.  **JUSTICE/CRM - 002**       Criminal Division Witness Security File (Not Available Under FOIA/P.A.)

This system contains information on persons who are potential or actual witnesses and/or informants for whom federal protection has been considered or authorized. This system also contains information concerning relatives and associates of those individuals.

PLEASE NOTE: All information pertaining to Witness Security matters is exempt from disclosure under the Privacy Act pursuant to 5 U.S.C. § 552a(j)(2), and from the FOIA pursuant to Exemption 3 of the FOIA, 5 U.S.C. § 552(b)(3), in conjunction with 18 U.S.C. § 3521(b)(1)(G), a provision of the Witness Security Reform Act of 1984. Consequently, this information is not available through the FOIA/PA Unit. Information from this system can be requested only by writing directly to:

United States Department of Justice, Office of Enforcement Operations, Witness Security Unit, P.O. Box 7600, Washington, D.C. 20044-7600

Pursuant to the Witness Security Reform Act, the Attorney General is required to evaluate each request on its merits, after weighing (1) the danger such a disclosure would pose to the witness, (2) the detriment it would cause to the general effectiveness of the witness security program, and (3) the benefit such disclosure would afford to the public or to the person seeking the disclosure. Therefore, you must include a detailed explanation of the purpose for which you are seeking the information and a statement of how you intend to use the material, if released.

*Shelby Sells v. DOJ,*
Case No. 1:06CV00077 (RJL)
Declaration of Kathy Hsu
EXHIBIT     4

**JUSTICE/CRM - 003**    File of Names Checked to Determine if Those Individuals have been the Subject of an Electronic Surveillance

This system contains information concerning grand jury witnesses, defendants, and potential defendants in criminal cases and their attorneys, whose names have been submitted in response to, or anticipation of, discovery motions, to inquire whether they have ever been the subjects of electronic surveillance.

**JUSTICE/CRM - 004**    General Litigation and Legal Advice Section, Criminal Division, Central Index File and Associated Records

This system contains information on persons referred to in potential or actual cases and matters of concern to the General Litigation and Legal Advice Section, Criminal Division, and correspondence on subjects directed or referred to the Criminal Division.

**JUSTICE/CRM - 012**    Organized Crime and Racketeering Section, General Index File and Associated Records

This system consists of records created and/or maintained by the National Office, Organized Crime and Racketeering Section in Washington, D.C. It contains information on persons who have been prosecuted or are under investigation for potential or actual federal criminal prosecution as well as persons allegedly involved in organized criminal activity and those alleged to be associated with the subject, who are or were of sufficient interest to the Division to warrant the compilation of records in Washington.

NOTE:    Should you desire a search of records of the Organized Crime and Racketeering Strike Force Field Offices for records created after January 1, 1990, you should address your request to the Executive Office for United States Attorneys, FOIA Unit, U.S. Department of Justice, Room 7100 BICN, Washington, D.C. 20530.

**JUSTICE/CRM - 017**    Registration and Propaganda Files Under the Foreign Agents Registration Act of 1938, as amended

This system contains the statement of the registrant and other documents filed under the Foreign Agents Registration Act of 1938, 22 U.S.C. § 611 et seq.

**JUSTICE/CRM - 018**    Registration Files of Individuals who have Knowledge of, or have Received Instruction or Assignment in Espionage, Counterespionage, or Sabotage Service or Tactics of a Foreign Government or of a Foreign Political Party

This system contains the statement of the registrant and other documents filed under 50 U.S.C. § 851.

**JUSTICE/CRM - 019**        Requests to the Attorney General for Approval of Applications to Federal Judges for Electronic Interceptions

This system contains information on individuals who have been the subject of requests by federal investigative agencies for electronic surveillance.

**JUSTICE/CRM - 021**        The Stocks and Bonds Intelligence Control Card File System

This system contains information on individuals, and their known associates, who are actual, potential, or alleged violators, of statutes dealing with stocks, bonds, and other securities.

**JUSTICE/CRM - 022**        Witness Immunity Records

This system contains information on potential or actual witnesses for whom immunity (pursuant to 18 U.S.C. §§ 6001-6004 and 18 U.S.C. § 2514) is proposed.

**JUSTICE/CRM - 024**        Freedom of Information/Privacy Act Records

This system contains copies of correspondence and internal memoranda related to Freedom of Information and Privacy Act requests received by the Criminal Division and related records necessary to the processing of such requests; files are arranged alphabetically under the name of the requester.

NOTE:        In the event you check the system of records designated as JUSTICE/CRM - 024, we will deem your request to be only for documents pertaining to the processing of records prior to your present request.

**JUSTICE/CRM - 025**        Tax Disclosure Index File and Associated Records

This system contains information concerning taxpayers about whom the Criminal Division has requested and/or obtained disclosure of tax material from the Internal Revenue Service pursuant to 26 U.S.C. § 6103, on or after January 1, 1977.

(Check
Below ) **JUSTICE/CRM - 026**        Index of Prisoners Transferred and/or Extradited Under International Prisoner Transfer Treaties

(Please check which portion applies to you, International Transfer, International Extradition, or both).

_____
**International** This system consists of alphabetical indices bearing individual names of prisoners involved
**Transfer** in international transfers, and the tape recordings and occasional verbatim transcripts of consent verification hearing held pursuant to 18 U.S.C. §§ 4107 and 4108, as well as copies of consent verification forms.

International
Extradition

The JUSTICE/CRM - 026 system also contains files concerning international extradition and mutual assistance agreements between the United States and foreign countries.

_____     **JUSTICE/CRM - 027**          Displaced Persons Listings (Concerning the years 1948 - 1952)

This system consists of visa investigation files assembled by the United States Army Counterintelligence Corps for individuals who applied for entry visa into the United States under the Displaced Persons Acts in force from 1948 to 1952.

A search of this system will not be conducted unless you indicate that you applied for a visa as a displaced person during the period 1948 to 1952.

NOTE:     THE FOLLOWING SYSTEM OF RECORDS CONTAINS ONLY THE NAMES OF, OR INFORMATION CONCERNING CURRENT OR PAST EMPLOYEES OF THE CRIMINAL DIVISION OF THE DEPARTMENT OF JUSTICE

A search of this system will be conducted only if you advise us that you are, or were employed by the Criminal Division of the Justice Department, and provide the dates of your employment.

_____     **JUSTICE/CRM - 008**          Name Card File on Department of Justice Personnel Authorized to have Access to Classified Files of the Department of Justice

This system contains the names of current personnel of the Department of Justice, generally attorneys, authorized to have access to records classified as Confidential, Secret and Top Secret.

Name *Shelby W. Sells*
Reg# *104134-063*
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, Arkansas 72336

MEMPHIS TN 381
PM
13 JUN
2006



FOIA/PA Unit, Criminal Division
DOJ, Keeney Building, Suite 1127
950 Pennsylvania Avenue, N.W.
Washington, D.C.
20530

Department of Justice

**U.S. Department of Justice**

Criminal Division

_____

*Washington, D.C.  20530*

JUN 2 8 2005

CRM-200500653P

Mr. Shelby Wayne Sells
Reg. No. 04134-063
Federal Correctional Complex - Medium
P.O. Box 3000
Forrest City, AR 72335

Dear Mr. Sells:

   This will acknowledge receipt of your Privacy Act request dated
June 9, 2005, for Criminal Division records concerning you.  Your
request has been assigned file number 200500653P.  Please refer to
this number in any future correspondence with this Unit.

   We will search the appropriate records system(s) and will
respond to you further after we complete our searches.  If you have
any questions regarding the status of this request, you may contact
Denise Kennedy on 202-616-0307.


                    Sincerely,



                    Thomas J. McIntyre, Chief
                    Freedom of Information/Privacy Act Unit
                    Office of Enforcement Operations


KH
6/27/05


MB
6/21/05


*Shelby Sells v. DOJ,*
Case No. 1:06CV00077 (RJL)
Declaration of Kathy Hsu
EXHIBIT       5


FILE COPY

**FOIA APPEAL**

To: Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C.  20530

Date: July 19 2005

RE: FOIA to: Crim Div

Request No. CRM-200500653P

Date of Request: 4/30/05

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Criminal Division of DOJ ___ in conjunction to my request for records.

(check appropriate box or boxes below)

___X___ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whom they were destroyed and under what provision of the law.

___X___ I believe the agency action or inaction otherwise unjust for the following reason :
Gross violation of FOIA time limits

_____

_____

    Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed.  The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X _Shelby Sells_

(name) Shelby Sells

(No.) 04134-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

OFFICE OF INFORMATION AND PRIVACY

AUG 0 9 2005

RECEIVED

cc: file

NOTICE:  Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

*Shelby Sells v. DOJ,*
Case No. 1:06CV00077 (RJL)
Declaration of Kathy Hsu

EXHIBIT    6



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

TJM:FC:ldb
Typed 8/02/05                              AUG 3 0 2005

CRM-200500653P


Mr. Shelby Sells
Reg. No. 04134-063
Federal Correctional Complex-Medium
P.O. Box 3000
Forrest City, AR  72335

Dear Mr. Sells:

     This is in response to your request of June 9, 2005,
pursuant to the Privacy Act, for access to records concerning
you.

     We did not find any Criminal Division records pertaining to
you in our search of the indexes for the appropriate Criminal
Division systems you designated.

     If you consider this response to be a denial of your
request, you have a right to an administrative appeal of this
determination.  Department regulations provide that such appeals
must be filed within sixty days of your receipt of this letter.
28 C.F.R. 16.45.  Your appeal should be addressed to:  Co-
Director, Office of Information and Privacy, Flag Building, Suite
570, United States Department of Justice, Washington, D.C. 20530.
Both the envelope and the letter should be clearly marked with
the legend "FOIA Appeal."  If you exercise this right and your
appeal is denied, you also have the right to seek judicial review
of this action in the federal judicial district (1) in which you
reside, (2) in which you have your principal place of business,
(3) in which the records denied are located, or (4) for the

KH 8/24/05

*Shelby Sells v. DOJ,*
Case No. 1:06CV00077 (RJL)
Declaration of Kathy Hsu
  EXHIBIT    7

**FILE COPY**

District of Columbia.  If you elect to file an appeal, please
include, in your letter to the Office of Information and Privacy,
the Criminal Division file number that appears above your name in
this letter.

        Sincerely,


        Thomas J. McIntyre, Chief
        Freedom of Information/Privacy Act Unit

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

SEP 0 6 2005

Mr. Shelby Sells
Register No. 04134-063
Federal Correctional Complex          Re:  Appeal No. 05-2496
Post Office Box 3000                         Request No. CRM200500653P
Forrest City, AR  72336                      RLH:KDC:JTR

Dear Mr. Sells:

     This responds to your letter of July 30, 2005, in which you
sought to appeal from the failure of the Criminal Division of the
United States Department of Justice to respond to your request for
records concerning you.

     I have notified the Criminal Division of your communication.
It is my understanding that the Criminal Division is currently
processing your request.  Although the Freedom of Information Act
authorizes you to treat the failure of a component to act on your
request within the specified time limit as a denial thereof, this
Office cannot take action until there has been an initial
determination by the Criminal Division.  The function of this Office
is limited to the review of records to which access has been denied.
You may appeal again to this Office if you are dissatisfied with the
Criminal Division's ultimate action on your request.

     In the event that the Criminal Division still has not responded
to your request at the time you receive this letter, you may, if you
choose, treat my letter as a denial of your appeal and seek judicial
review in accordance with 5 U.S.C. § 552(a)(4)(B).  I hope that, in
making a decision, you will give sympathetic consideration to the
fact that the Department of Justice has many requests pending at this
time and is making every possible, reasonable effort to process them.

                              Sincerely,


                              Richard L. Huff
                              Co-Director


                              *Shelby Sells v. DOJ,*
                              Case No. 1:06CV00077 (RJL)
                              Declaration of Kathy Hsu
                              EXHIBIT      8

