IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHELBY SELLS                                    )
                                                )
          Plaintiff                             )
                                                )
          v.                                    )        Case No. 1:06-00077 RJL
                                                )
EXECUTIVE OFFICE FOR THE U.S.                   )
ATTORNEY, ET. AL.                               )
                                                )
          Defendants.                           )

## DECLARATION OF HEIDI PETERSON

I, Heidi Peterson, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.      I am an Appeals Officer assigned to the Internal Revenue Service's ("Service") Riverside, California Appeals Office ("Appeals Office"). I have been an Appeals Officer since May 1997 and have worked Freedom of Information Act ("FOIA") appeals since March 2001. I have been employed by the Service in various positions for approximately 18-1/2 years.

2.      The Riverside, California Appeals Office is a post of duty of the Service's Appeals Office, which reports to the Commissioner of Internal Revenue. One of the office's duties is to process administrative appeals of FOIA requests mailed to the Service after January 15, 2001.

3.      On February 13, 2006, I was contacted by Mary Ellen Keys, an attorney with the Service's Office of Chief Counsel, assigned to the Office of the Assistant Chief Counsel (Disclosure and Privacy Law). Ms. Keys asked me whether the Services' Appeals function had received any FOIA appeals filed by, or on behalf of, Shelby Sells.

In the event no appeals were filed, Ms. Keys requested that I conduct a search to determine whether any FOIA requests had been filed with the Service by, or on behalf of, Shelby Sells.

4.    In response to Ms. Keys's request, I searched the Appeals Centralized Database System ("ACDS") which is the Appeals Division's computerized information system for case receipt, control and processing.  One of the ways in which records of FOIA appeals may be searched in ACDS is by using the last name of the requester.

5.    My search of the ACDS produced no records of FOIA appeals filed by, or on behalf of, Mr. Sells.

6.    In addition to my review of the ACDS, I searched the Service's Electronic Disclosure Information Management System ("EDIMS") using the taxpayer's last name to determine whether any FOIA requests had been filed by, or on behalf of, Mr. Sells.[1] I performed this search using "Sells" and "Shelby" as the name of the requester, and again as the name of the taxpayer.  My EDIMS search revealed that no records of a FOIA request by, or on behalf of, Mr. Sells existed.

7.    Following my search of EDIMS, I reviewed the Service's Internal Data Retrieval System ("IDRS") for information pertaining to taxpayers named "Shelby Sells."[2]

---

[1]  EDIMS is a computerized nationwide information system for inventory control and casework management of disclosure requests made to the Service's disclosure offices.  All FOIA/PA requests submitted to the Service since October 1, 1997, are documented in EDIMS.  EDIMS is used, among other things, to record actions taken by disclosure office employees in processing disclosure requests assigned to them.  EDIMS is networked to other Service Disclosure Offices, allowing Service employees to ascertain whether other requests for the same information have been filed by the requester.  EDIMS allows Service employees to search recorded entries of paper files containing copies of the original request letters, any documents responsive to the requests, and any correspondence between the Service and a requester, nationwide.

[2] IDRS is the Service's primary resource for researching current taxpayer account information.  IDRS contains information pertaining to returns filed by taxpayers and information submitted with respect to

8.    My search of the IDRS revealed one set of records pertaining to plaintiff. Using the information found in IDRS, I searched EDIMS by social security number. However, my search again revealed that no FOIA requests have been submitted by, or on behalf of, Mr. Sells.

9.    Based on the searches I conducted in EDIMS, IDRS, and ACDS, I have concluded that no FOIA requests have been submitted to the Service by, or on behalf of, Mr. Shelby Sells.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the ___15th___ day of ___March___, 2006, in Riverside, California.


Heidi Peterson, Appeals Officer
Internal Revenue Service
Appeals Office
6377 Riverside Avenue
Riverside, California 92506-3124

---

taxpayers by third parties (such as Forms W-2 filed by employers, Forms 1099 filed by financial institutions, etc.).  An individual taxpayer's account is retrieved by entering certain search terms, including the taxpayer's last name, the Taxpayer Identification Number ("TIN") (social security number or employer identification number), current address, or other information concerning the type of return filed or required to be filed.  Once a taxpayer's account has been retrieved on IDRS, the location of tax returns and other paper documents can be determined.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHELBY SELLS                                )
                                            )
        Plaintiff                           )
                                            )
        v.                                  )    Case No. 1:06-00077 RJL
                                            )
EXECUTIVE OFFICE FOR THE U.S.               )
ATTORNEY, ET. AL.                           )
                                            )
        Defendants.                         )

**DECLARATION OF THERESA CARRILLO**

I, Theresa Carrillo, pursuant to the provisions of 28 U.S.C. § 1746, declare as

follows:

1.    I am an Appeals Officer assigned to the Internal Revenue Service's

("Service") Fresno, California Appeals Office ("Appeals Office"). I have been an

Appeals Officer since January 2003 and have worked Freedom of Information Act

("FOIA") appeals since October 2004. I have been employed by the Service in various

positions for approximately 18 years.

2.    The Fresno, California Appeals Office is a post of duty of the Service's

Appeals Office, which reports to the Commissioner of Internal Revenue. One of the

office's duties is to process administrative appeals of FOIA requests mailed to the

Service.

3.    The Appeals Office received correspondence from plaintiff dated

June 15, 2005 entitled "FOIA APPEAL," a copy of which is attached hereto as Exhibit A.

In response to this correspondence, I was assigned to search the Service's records for the underlying FOIA request and address plaintiff's FOIA appeal.

4.    Using the plaintiff's name, I searched the Service's Electronic Disclosure Information Management System ("EDIMS") to determine whether any FOIA requests had been filed by, or on behalf of, plaintiff.[1]  My EDIMS search revealed no records of a FOIA request being made by, or on behalf of plaintiff.

5.    Based on the search I conducted in EDIMS, I concluded that no FOIA request had been submitted to the Service by, or on behalf of, plaintiff.

6.    By letter dated July 25, 2005 (copy attached as Exhibit B), the Service responded to plaintiff's FOIA Appeal dated June 15, 2005, advising plaintiff that his appeal did not meet the minimum requirements of the Service regulations because the appeal:  (i) failed to reasonably describe the records requested to which the appeal allegedly pertained; and (ii) failed to specify the date of the alleged FOIA request and the office to which the alleged request was submitted.  Furthermore, assuming *arguendo* that a FOIA request had been submitted by or on behalf of plaintiff and that plaintiff received a response from the Service as alleged, the Service advised the plaintiff that the appeal would remain improper because it was not received by the Service within the statutory time period for filing a FOIA appeal pursuant to 26 C.F.R. § 602.702(c)(1)(i).

---

[1] EDIMS is a computerized nationwide information system for inventory control and casework management of disclosure requests made to the Service's disclosure offices.  All FOIA/PA requests submitted to the Service since October 1, 1997, are documented in EDIMS.  EDIMS is used, among other things, to record actions taken by disclosure office employees in processing disclosure requests assigned to them.  EDIMS is networked to other Service Disclosure Offices, allowing Service employees to ascertain whether other requests for the same information have been filed by the requester.  EDIMS allows Service employees to search recorded entries of paper files containing copies of the original request letters, any documents responsive to the requests, and any correspondence between the Service and a requester, nationwide.

7.    I did not draft entries to the Appeals Centralized Database System ("ACDS"), which is the Appeals Division's computerized information system for case receipt, control and processing, because Service records indicated that there was no underlying FOIA request to appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 14 day of March, 2006, in Fresno, California.

Theresa Carrillo, Appeals Officer
Internal Revenue Service
Appeals Office
Fresno Campus
5045 E. Butler Avenue
Fresno, California  93727-5136

# Exhibit A

## FOIA APPEAL

**To:**   Internal Revenue Service                    **Date:** June 15, 2005

Department of the Treasury

Washington, D. C. 20224                    **RE:** FOIA to    IRS Oklahoma City

                                           Request No.   4/30/05

Dear Sir:

    This is an appeal under the Freedom of Information Act.

    Please consider reviewing the action or inaction of the agency:

IRS Field Office Oklahoma-City, OK _____ in connection to my request for records.

    **(check appropriate box or boxes below)**

__X__    The agency has not responded and the time limits within which
to do so has expired.

_____    The agency has claimed that no records could be found and I
want to appeal that "no records" response.

_____    The agency has blanket denied release of all records.

_____    The agency has released certain records and withheld some
by claiming certain exemptions.

_____    The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____    I believe the agency action or inaction otherwise unjust for
the following reason:

_____

_____

    Appellant believes the agency has acted arbitrary and/or capricious
and asks for review of the action/inaction.

    The burden is on the agency to show the material withheld fits
within the parameters of the exemptions claimed.  Appellant asks that
the agency itemize and index the withheld material and include detailed
affidavits & explanations in support to justify any withholdings.

                    Sincerely,

cc: file                 X _Shelby Sells_

                    Shelby Sells 04134-063
                Box 3000, Forrest City, ARKANSAS 72336

# Exhibit B

**Internal Revenue Service**                    **Department of the Treasury**
Fresno Appeals Office
M/S #55201
5104 N. Blythe Suite 201
Fresno, CA  93722

                                                **Person to Contact:**
                                                 Terri Carrillo
                                                 Employee ID Number: 78-00022
Date:  July 25, 2005          **COPY**           Tel:  (559) 452-3224
                                                 Fax:  (559) 452-3266
                                                **Refer Reply to:**
                                                 AP:FRS:CO:TC
   Shelby Sells                                 **In Re:**
   Reg#04134-063                                 Freedom of Information Act Appeal
   Federal Correctional Complex (medium)
   PO Box 3000
   Forrest City, AK   72336

Dear Mr. Sells

We are in receipt of your letter, dated June 15, 2005, which purports to administratively appeal
under the Freedom of Information Act (FOIA), 5 U.S.C. Section 552, the April 30, 2005
response from the Oklahoma disclosure office.

Your purported appeal was not received by the Service within the 35 day mandatory period for
filing an FOIA appeal, and, is therefore untimely.  26 C.F.R. Section §601.702(c)(10)(i).  An
administrative appeal under the FOIA must be filed within the time limits set forth in an agency's
regulations.  See Oglesby v. Department of the Army, 920 F.2d 57 (D.C. Cir. 1990).  We are
closing our file on this matter.

Your appeal does not meet the minimum requirements of the Internal Revenue Service
regulations.  Reg. Section 601.702(c)(8)(iii) requires an appeal to "reasonably describe the
records requested to which the appeal pertains. . . ."  Reg. Section 601.702(c)(8)(v) requires an
appeal to "[s]pecify the date of the request, and the office to which the request was submitted
and, where possible, enclose a copy of the initial request and the initial determination being
appealed. . . ."

Because of these shortfalls, we have no means by which to identify your request.  Since your
appeal failed to meet the minimum requirements of the regulations, you have not exhausted your
administrative remedies.  Because there is no jurisdiction for an administrative appeal under
these circumstances, we are closing our file in regard to this matter.  If you have any questions,
please contact Appeals Officer Terri Carrillo at (559) 458-3224.

                              Sincerely,

                              Marge Field
                              Appeals Team Manager

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY SELLS | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )    Case No. 1:06-00077 RJL |
| | ) |
| EXECUTIVE OFFICE FOR THE U.S. | ) |
| ATTORNEY, ET. AL. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF KAREN A. HINES

I, Karen A. Hines, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.    I am the Disclosure Manager of the Service's Disclosure Office 10 located in St. Louis, Missouri.  The Service's Disclosure Office 10 has responsibility for Missouri, Kansas, Oklahoma, and Iowa.  I have been a Disclosure Officer Manager since November 1986.  I took over responsibility as the Disclosure Officer for Oklahoma in September 2004.  I have been an employee of the Service in various positions since 1974.

2.    On March 6, 2006, I was contacted by Mary Ellen Keys, an attorney with the Service's Office of Chief Counsel, assigned to the Office of the Assistant Chief Counsel (Disclosure and Privacy Law).  Ms. Keys asked me to process a FOIA request made during the course of litigation by Shelby Wayne Sells.

3.    Ms. Keys informed me that Mr. Sells requested "criminal investigatory records that may exist between the years 1980 to date, inclusive. Personal income tax records only."

4.    In response to Ms. Keys' request, I directed that Pam Charles, Disclosure Specialist Oklahoma City, Oklahoma conduct a search of the Service's Internal Data Retrieval System[1] ("IDRS") for information pertaining to taxpayer named "Shelby Wayne Sells." The search of the IDRS system was conducted using the search terms "Shelby Wayne Sells," "Shelby Sells," and Mr. Sells' Social Security Number (SSN).

5.    The Disclosure Office's search of the IDRS system revealed no criminal investigation activity pertaining to Mr. Sells.

6.    The Disclosure Office's search of the IDRS system further revealed no collection activity but did reveal exam activity for tax year 1988. However, any such records have since been destroyed in the ordinary course of business in accordance with the Service's record retention policy. As a result, I determined that the only personal income tax records that would exist for Mr. Sells would be income tax returns that he filed.

---

[1] IDRS is the Service's primary resource for researching current taxpayer account information. IDRS contains information pertaining to returns filed by taxpayers and information submitted with respect to taxpayers by third parties (such as Forms W-2 filed by employers, Forms 1099 filed by financial institutions, etc.). An individual taxpayer's account is retrieved by entering certain search terms, including the taxpayer's last name, the Taxpayer Identification Number ("TIN") (social security number or employer identification number), current address, or other information concerning the type of return filed or required to be filed. Once a taxpayer's account has been retrieved on IDRS, the location of tax returns and other paper documents can be determined.

7.      On March 8, 2006, I informed Ms. Keys that with respect to Mr. Sells' personal income tax records, the Disclosure Office's IDRS search revealed personal income tax information pertaining to Mr. Sells for tax years 2001, 2002 and 2003 in the form of Individual Master File transcript information stored at the Martinsburg Computing Center (MCC).[2] The IMF contains information regarding the taxpayer's filing status, payment or debt of taxes, and any pending or completed civil and criminal investigations of the taxpayer.

8.      On March 10, 2006, I requested that the IMF transcript information for tax years 2001, 2002, and 2003 be sent to me for purposes of disclosure to Mr. Sells. Upon receipt, I reviewed the IMF transcript information pertaining to Mr. Sells to determine whether additional personal income tax information pertaining to Mr. Sells was available.

9.      My review of the IMF transcript information revealed that individual income tax modules pertaining to Mr. Sells for tax years 1980, 1984 through 1991, and 1993 through 1994 existed but had been moved to the Service's retention register and was stored on microfilm.

10.      I then requested that the individual income tax modules pertaining to Mr. Sells currently stored on microfilm be printed and transmitted to me for purposes disclosure to Mr. Sells.

---

[2] It is unclear whether Mr. Sells had intended to request both criminal investigatory records and personal income tax records in his FOIA request. So as to fully respond to Mr. Sells' FOIA request, the Service conducted a search for both criminal investigatory records and personal income tax records.

11.     With respect to any criminal records pertaining to Mr. Sells, I directed that a search of the Service's Criminal Investigation Management Information System[3] ("CIMIS") be conducted for information pertaining to Mr. Sells.

12.     The Service's Criminal Investigation Division offices in Oklahoma City, Oklahoma and Dallas, TX conducted independent searches of the CIMIS database using the search terms "Shelby Sells," "Shelby Wayne Sells," and Mr. Sells' "SSN." The searches of the CIMIS database resulted in no records pertaining to Mr. Sells being found in the Oklahoma City or Dallas areas. The search was then expanded nationwide. The nationwide search revealed no records pertaining to Mr. Sells in any of the Service's CI offices.[4]

13.     My review of the transcript information pertaining to Mr. Sells confirmed the results of the CIMIS search. The transcript information contained no evidence of any criminal investigatory activity involving Mr. Sells.

14.     On March 11, 2006, I transmitted the IMF transcript information pertaining to Mr. Sells to Ms. Keys for purposes of disclosure to Mr. Sells.

---

[3] CIMIS is the Service's primary for tracking the status of criminal tax investigations nationwide. The CIMIS database contains information on all on-going criminal investigations conducted by the Service as well as those investigations that have been completed and closed. Information from CIMIS is retrieved by entering certain search terms including the taxpayer's name, the taxpayer's social security number, or the case identification number. When a criminal investigation of a taxpayer is commenced or close, those status changes are recorded in CIMIS. Accordingly, CIMIS is continually updated with information pertaining to all ongoing criminal investigations.

[4] Because Mr. Sells' request was made to the Special Agent in Charge, Oklahoma City, the initial CIMIS search focused on Oklahoma City. When no records were found in Oklahoma City, the search was expanded to Dallas, TX because a case initiating in Oklahoma City would have been forwarded to Dallas, TX. No records pertaining to Mr. Sells were found in Dallas, TX. Finally, a nationwide search of the CIMIS system similarly resulted in finding no records pertaining to Mr. Sells.

15.    On March 15, 2006, upon receipt of the pages containing the personal income tax information pertaining to Mr. Sells for tax years 1980, 1984 through 1991, and 1993 through 1994, I transmitted such pages Ms. Keys for purposes of disclosure to Mr. Sells.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _16 TH_ day of _MARCH_____, 2006, in St. Louis, Missouri.



Karen A. Hines, Disclosure Officer
Governmental Liaison and Disclosure
Internal Revenue Service
1222 Spruce Street
St. Louis, Missouri  63103-2818

**INFORMATION TO BE DISCLOSED TO PLAINTIFF**

000563

PAGE NO-0001

```
                    *IMF MCC TRANSCRIPT-ENTITY*              EMP NO 79-296-67224
                                                                  KAREN
   ACCOUNT NO 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              03-10-2006
   NAME CONT- SELL                     CYCLE-200610
*********************************************************************************
FOR-7929667224 BY-7929667224 ON-03102006 TYP-E
TIME-13:18 SRC-I   KAREN                   PROCESSED ON-069
                                           ENTITY FOUND ON ACTIVE MF


2001 2 SHELBY & MAXINE SELLS
      RT 3 BOX 129
200212 SALLISAW                                BODC-SB BODCLC-V
                            OK 74955-9509-296   SPOUSE SSN-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
                                           PRIOR NAME CONTROL-       FZ>   -
LOC-7325                                    MFR-05  VAL-1 IRA-            CAF-
YEAR REMOVED-        ENT EXT CYC-           FYM-12 SCS-0   CRINV-  130-
                                           RPTR-   PMF-    SHELT- BNKRPT-  BLLC-
                                           ACCRETION-                     MIN SE-
                                           JUSTIFICATION-1 IRS EMPL-  FED EMPL-


PTNL SHELBY SELLS

LSTRET-2003 ME-      CND-R FLC-00 200406

    150 ----------------------------197415       73211-082-12869-4
    152 ----------------------------197619       73221-115-35425-6
    152 ----------------------------197718       73221-106-25111-7
    081 ----------------------------197735       18231-214-57667-7
    152 ----------------------------197820       73221-112-25910-8
    081 ----------------------------197840       18231-226-56447-8
    152 ----------------------------198012       73209-054-24285-0
    152 ----------------------------198121       18209-117-12440-1
    152 ----------------------------198529       18211-124-61431-5
    017 ----------------------------198551       18263-739-00695-5
                                                 JUSTIFICATION-
                                                 HIST NAME CTRL-
    152 ----------------------------198618       48211-095-53292-6
    152 ----------------------------199113       93211-073-21684-1
    971 ----------------------------200001       73277-999-99999-0
    152 ----------------------------200212       76221-073-03839-2
    971 ----------------------------200212       73277-999-99999-2
    971 ----------------------------200604       28277-777-77777-6
MODULES REMOVED TO RETENTION REG-------- 30 197312 ULC-73  CYCLE-197701
                                         30 197512 ULC-73  CYCLE-197901
                                         30 197612 ULC-73  CYCLE-198001
                                         30 197712 ULC-73  CYCLE-198101
                                         30 197812 ULC-73  CYCLE-198401
                                         30 197912 ULC-73  CYCLE-198501
                                         30 198012 ULC-73  CYCLE-198601
                                         30 198412 ULC-73  CYCLE-199001
                                         30 198512 ULC-73  CYCLE-199101
                                         30 198612 ULC-73  CYCLE-199201
                                         30 198712 ULC-73  CYCLE-199301
****************************CONTINUED ON NEXT PAGE****************************
```

000564

PAGE NO-0002

*IMF MCC TRANSCRIPT-ENTITY*　　EMP NO 79-296-67224
KAREN

ACCOUNT NO 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　　03-10-2006
NAME CONT- SELL　　CYCLE-200610

******************************************************************************

30 198812 ULC-73 CYCLE-199501
30 198912 ULC-73 CYCLE-199501
30 199012 ULC-73 CYCLE-199601
30 199112 ULC-73 CYCLE-199701
30 199312 ULC-73 CYCLE-199901
30 199412 ULC-73 CYCLE-200001

000557

PAGE NO-0001

```
                    *IMF MCC TRANSCRIPT-SPECIFIC*          EMP NO 79-296-67224
                                                                 KAREN
  ACCOUNT NO 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              03-10-2006
  NAME CONT- SELL                     CYCLE-200610
*********************************************************************************
FOR-7929667224 BY-7929667224 ON-03102006 TYP-S-30-200112
TIME-13:18 SRC-I    KAREN                    PROCESSED ON-069
                                             REQUESTED TAX MODULE FOUND ON MF


2001 2 SHELBY & MAXINE SELLS
       RT 3 BOX 129                                  BODC-SB BODCLC-V
200212 SALLISAW              OK 74955-9509-296       SPOUSE SSN-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
                                           PRIOR NAME CONTROL-        FZ>     -
LOC-7325                                   MFR-05  VAL-1 IRA-                CAF-
YEAR REMOVED-        ENT EXT CYC-          FYM-12 SCS-0   CRINV-  130-
                                           RPTR-   PMF-    SHELT- BNKRPT- BLLC-
                                           ACCRETION-                    MIN SE-
                                           JUSTIFICATION-1 IRS EMPL-  FED EMPL-


PTNL SHELBY SELLS

LSTRET-2003 ME-     CND-R FLC-00 200406
***************************
* TAX PERIOD 30    200112 *               REASON CD-          MOD EXT CYC-
***************************
FS-2 TFRP-  CRINV- LIEN-          76221-073-03839-2    CAF-   FZ>    -
TDA COPYS-                        TDI COPYS-
     INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-73 BWNC-   BWI-
MF MOD BAL-              0.00
ACRUED INTEREST-        0.00  04012002          CSED-04152012
ACCRUED PENALTY-        0.00  04012002          RSED-04152005
FMS- IA CD-0                                     ARDI-0        ASED-04152005

     150 04012002              198.00      200212
                                 76221-073-03839-2 D CD-          SRC-
RET RCVD DT-04152002             PREPARE IND-1  PREPARE TIN-447780105
                                            TAX PER T/P-              198.00
                                          . F/C-1 AGI-             6,127.00
                                 FOREIGN-            FARM-  MF P-
                                 XRF-                AEIC-              0.00
                                 NAI-999999 EXMPT-03 NRGY-             0.00
                                 LTEX-            TAXABLE INC-         0.00
                                 PENALTY SUPP-        SET-          198.00
                                            TOTAL WAGES-         4,826.00
                                 MDP-           TOTAL INC TX-         0.00
                                      EST TAX BASE-                   0.00
                                         PR YR BASE-                  0.00
                                 SHORT YR CD-      ES FORGIVENESS %-  0
                                 1ST SE-     0.00     2ND SE- 1,292.00
                                 ACCT TYPE-
                                 EFT-9
***************************CONTINUED ON NEXT PAGE***************************
```

000558

PAGE NO-0002   TAX PERIOD 30 200112*CONTINUED

                    *IMF MCC TRANSCRIPT-SPECIFIC*                  EMP NO 79-296-67224
                                                                         KAREN
  ACCOUNT NO 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              03-10-2006
  NAME CONT- SELL                     CYCLE-200610
************************************************************************************
                                      F8615-   UNAPPLD CR ELECT-
                                               ES TAX PAYMENT-            0.00
                                               DIR DEP REJ RSN CD-00
                                      PUTI-         0   SUTI-              0
                                      PMEI-         0   SMEI-         1,292
                                      PMTI-         0   SMTI-              0
    806 04152002         172.00-  200212WTHLDNG TAX CREDIT POSTED WITH RETURN

       768 04152002    2,083.00-      20021200 76221-073-03839-2
                                      PRC-

       846 04012002    2,057.00       20021200 76221-073-03839-2
                                      RFND INT-           0.00
                                      DD-0 DMF LIAB IND- 0

  MF STAT-12 04012002     2,057.00-     200212

000559

PAGE NO-0001

```
                    *IMF MCC TRANSCRIPT-SPECIFIC*           EMP NO 79-296-67224
                                                                  KAREN
  ACCOUNT NO 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              03-10-2006
  NAME CONT- SELL                     CYCLE-200610
****************************************************************************
FOR-7929667224 BY-7929667224 ON-03102006 TYP-S-30-200212
TIME-13:18 SRC-I   KAREN                   PROCESSED ON-069
                                           REQUESTED TAX MODULE FOUND ON MF


2001 2 SHELBY & MAXINE SELLS
       RT 3 BOX 129
200212 SALLISAW                                  BODC-SB BODCLC-V
                          OK 74955-9509-296       SPOUSE SSN-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
                                           PRIOR NAME CONTROL-          FZ>    -
LOC-7325                                   MFR-05  VAL-1 IRA-            CAF-
YEAR REMOVED-       ENT EXT CYC-           FYM-12 SCS-0   CRINV-  130-
                                           RPTR-   PMF-   SHELT-  BNKRPT-  BLLC-
                                           ACCRETION-                   MIN SE-
                                           JUSTIFICATION-1  IRS EMPL-   FED EMPL-


PTNL SHELBY SELLS

LSTRET-2003 ME-      CND-R FLC-00 200406
*****************************
* TAX PERIOD 30    200212 *              REASON CD-            MOD EXT CYC-
*****************************
FS-2 TFRP- CRINV- LIEN-                76221-016-06800-3   CAF-   FZ>    -
TDA COPYS-                             TDI COPYS-
       INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-73 BWNC-   BWI-
MF MOD BAL-                0.00
ACRUED INTEREST-          0.00  07282003      CSED-04152013
ACCRUED PENALTY-          0.00  07282003      RSED-04152006
FMS- IA CD-0                                  ARDI-0         ASED-04152006

     150 02032003              233.00      200304
                                      76221-016-06800-3 D CD-        SRC-
RET RCVD DT-04152003                  PREPARE IND-1  PREPARE TIN-447780105
                                             TAX PER T/P-            233.00
                                             F/C-1 AGI-            6,773.00
                                      FOREIGN-        FARM-  MF P-1
                                      XRF-            AEIC-             0.00
                                      NAI-       EXMPT-03 NRGY-        0.00
                                      LTEX-           TAXABLE INC-     0.00
                                      PENALTY SUPP-0004   SET-       233.00
                                             TOTAL WAGES-         5,240.00
                                      MDP-       TOTAL INC TX-         0.00
                                      EST TAX BASE-                    0.00
                                            PR YR BASE-               0.00
                                      SHORT YR CD-     ES FORGIVENESS %-  0
                                      1ST SE-     0.00    2ND SE- 1,523.00
                                      ACCT TYPE-
                                      EFT-9
**********************************CONTINUED ON NEXT PAGE*************************
```

000560

PAGE NO-0002   TAX PERIOD 30 200212*CONTINUED

                    *IMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-296-67224
                                                                      KAREN
  ACCOUNT NO 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              03-10-2006
  NAME CONT- SELL                     CYCLE-200610
*****************************************************************************
                                   F8615-  UNAPPLD CR ELECT-
                                           ES TAX PAYMENT-                 0.00
                                           DIR DEP REJ RSN CD-00
                               PUTI-              0   SUTI-                   0
                               PMEI-              0   SMEI-               1,523
                               PMTI-              0   SMTI-                   0
    806 04152003       199.00-  200304WTHLDNG TAX CREDIT POSTED WITH RETURN

     768 04152003     2,304.00-      20030400 76221-016-06800-3
                                     PRC-

     846 02032003     2,270.00       20030400 76221-016-06800-3
                                     RFND INT-           0.00
                                     DD-0 DMF LIAB IND- 0

     290 07282003        0.00        20032900 76254-999-05099-3
                                     HC3 ARC-001-071         INTD          PC
                                     CORRESPONDDT-        CREDIT DT-
                                     REFUND STATUTE CONTROL DT-
                                     AMD CLMS DT-          CIS MF IND-0
                                     CSED-

 MF STAT-12 02032003       2,270.00-    200304

```
000561

PAGE NO-0001

              *IMF MCC TRANSCRIPT-SPECIFIC*           EMP NO 79-296-67224
                                                              KAREN
  ACCOUNT NO 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              03-10-2006
  NAME CONT- SELL                     CYCLE-200610
*****************************************************************************
FOR-7929667224 BY-7929667224 ON-03102006 TYP-S-30-200312
TIME-13:18 SRC-I   KAREN                 PROCESSED ON-069
                                         REQUESTED TAX MODULE FOUND ON MF


2001 2 SHELBY & MAXINE SELLS
       RT 3 BOX 129
200212 SALLISAW                                   BODC-SB BODCLC-V
                           OK 74955-9509-296       SPOUSE SSN-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
LOC-7325                                PRIOR NAME CONTROL-       FZ>      -
                           MFR-05 VAL-1 IRA-                CAF-
YEAR REMOVED-       ENT EXT CYC-        FYM-12 SCS-0   CRINV-   130-
                                       RPTR-   PMF-   SHELT-  BNKRPT-  BLLC-
                                       ACCRETION-                  MIN SE-
                                       JUSTIFICATION-1  IRS EMPL-   FED EMPL-

PTNL SHELBY SELLS

LSTRET-2003 ME-      CND-R FLC-00 200406
***************************
* TAX PERIOD 30      200312 *          REASON CD-          MOD EXT CYC-
***************************
FS-2  TFRP-   CRINV-  LIEN-            76221-030-37071-4    CAF-   FZ>     -
TDA COPYS-                            TDI COPYS-
       INT TOLERANCE-   MATH INCREASE- HISTORICAL DO-73 BWNC-   BWI-
MF MOD BAL-                    0.00
ACRUED INTEREST-          0.00  02232004        CSED-04152014
ACCRUED PENALTY-          0.00  02232004        RSED-04152007
FMS- IA CD-0                                    ARDI-0        ASED-04152007

    150 02232004                86.00      200406
                                        76221-030-37071-4 D CD-        SRC-
RET RCVD DT-04152004                    PREPARE IND-1  PREPARE TIN-44778{{{{
                                            TAX PER T/P-          86.00
                                             F/C-1 AGI-        7,446.00
                                       FOREIGN-        FARM-  MF P-
                                       XRF-              AEIC-          0.00
                                       NAI-       EXMPT-03 NRGY-        0.00
                                       LTEX-          TAXABLE INC-       0.00
                                       PENALTY SUPP-        SET-       86.00
                                              TOTAL WAGES-    6,881.00
                                       MDP-       TOTAL INC TX-         0.00
                                         EST TAX BASE-               0.00
                                            PR YR BASE-              0.00
                                       SHORT YR CD-     ES FORGIVENESS %-  0
                                       1ST SE-    0.00     2ND SE-   561.00
                                       ACCT TYPE-
                                       EFT-9
*******************************CONTINUED ON NEXT PAGE***************************
```

000562

PAGE NO-0002   TAX PERIOD 30 200312*CONTINUED

                   *IMF MCC TRANSCRIPT-SPECIFIC*            EMP NO 79-296-67224
                                                                  KAREN
ACCOUNT NO 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                03-10-2006
NAME CONT- SELL                       CYCLE-200610
*********************************************************************************
                              F8615-  UNAPPLD CR ELECT-
                                      ES TAX PAYMENT-              0.00
                                            DIR DEP REJ RSN CD-00
                              PUTI-         0   SUTI-                0
                              PMEI-         0   SMEI-              561
                              PMTI-         0   SMTI-                0
    806 04152004      355.00-  200406WTHLDNG TAX CREDIT POSTED WITH RETURN

       768 04152004    2,525.00-    20040600 76221-030-37071-4
                                    PRC-

       846 02232004    2,794.00     20040600 76221-030-37071-4
                                    RFND INT-         0.00
                                    DD-0 DMF LIAB IND- 0

MF STAT-12 02232004      2,794.00-    200406

```
446 44 2801 0 0 SHELBY & MAXINE V SELLS          2 7312   150  042274        .00  7415S 73211-082-12869-4        .00
                                                          806  041574      77.87
                                                          841  042074

    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 0 0 SHELBY & MAXINE SELLS          2 7512   150  052476       123.00  7619S 73221-115-35425-6        .00
    AGI        2,262                                       806  041576         1.00-
                                                          768  041576       226.00-
                                                          846  052476       104.00

    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 0 0 SHELBY & MAXINE SELLS          2 7612   150  051677      191.61  7718S 73221-106-25111-7        .00
    AGI        2,428                                       768  041577      242.80-
                                                          846  053677       50.99

    ) 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 0 0 SHELBY & MAXINE SELLS        2 7712   150  052978      207.61  7820S 73221-112-25910-8    00 EX 5
    AGI        2,628 SET   208                             768  041578      262.80-
                                                          846  052978       55.19

    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 0 0 SHELBY & MAXINE SELLS          2 7812 E 150  052879      170.10  7920S 73221-118-14533 70   73 EX 5
    AGI        170 SET   170                               768  051579      210.00-
                                                          846  052879       39.90

    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 0 0 SHELBY & MAXINE SELLS          2 7912   150  053180        .00  8012S 73209-054-24285-00     73 EX 5
    AGI        3,096                                       806  041580        2.00-
                                                          768  041580      308.00-
                                                          846  053180      310.00

    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 0 0 SHELBY & MAXINE SELLS          2 8012 E 150  060081        .00  8121S 18209-117-12440-10     73 EX 5
    AGI        257                                         768  041581       28.00-
                                                          846  060081       28.00

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    SHELBY & MAXINE SELLS              2 30 8612   150  072085        .00  8529S 18211-124-61431-50     73 EX 3
- AGI        5,507 TXI   2,432                             806  041585      419.00-
                                                          768           300.00-
                                                          846  072085      948.77
                                                          776            29.77-

    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    SHELBY & MAXINE SELLS           2 30 8512 E 150  051286        .00  8614S 18211-095-53292-60     73 EX 3
    AGI        2,364 TXI 0                                 806  041586       53.00-
                                                          768           256.00-
                                                          846  051286      309.00

    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    SHELBY & MAXINE SELLS           2 30 8612   150  041387        .00  8713S 18211-066-85820-70     73 EX 3
- AGI        6,050 TXI   2,810                             806  041587      193.00-
                                                          768           550.00-
                                                          846  041387      743.00

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    SHELBY & MAXINE SELLS              2 30 8712   150  053088        .00  8820S 18221-110-35957-80     73 EX 3
AGI        1,514 TXI 0                                     768  041588      212.00-
                                                          846  053088      212.00

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    SHELBY & MAXINE SELLS              2 30 8812   150  042489        .00  8915S 18221-078-82051-90     73 EX 3
AGI        14,051 TXI   495                                806  041589    1,937.00-
                                                          768           462.00-
                                                          846  042489    2,399.00
                      02 20-00 73                          420  100289        .00  8961  73277-275-00000-9
                                                          290  073090        .00  9029  18256-590-15578-0  2
                                                          300  080690        .00  9030  18247-591-00039-0  001
                                                          421                  .00        18247-591-00039-0X

    AGI        17,100 TXI   6,352                 30 8912   150  051690      956.00  9018S 18221-100-03027-00     73 EX
                                                          806  041590    1,323.45-
                                                          846  051690      367.45
```

MAR-15-2006   05:50     INTERNAL REVENUE SERVICE     3146124888     P.03

```
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   SHELBY W & MAXINE  SELLS        2 30 9012    150  040891          .00   9113S 93211-073-21684-1D          .00  :
    AGI       22,526 TXI 0                                 806  041591     2,507.00-                              73 EX 3
                                                           846  040891     2,507.00


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   SHELBY W & MAXINE  SELLS        2 30 9112    150  041392          .00   9214S 85221-085-06503-2D          .00  :3
    AGI        4,664 TXI 0                                 806  041392       104.00-                             73 EX 3
                                                           788            305.00-
                                                           846  041392      409.00


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   SHELBY W & MAXINE  SELLS        2 30 199312  150  05301994     280.00   1994205 18221114592864D           .00
    AGI        1,846 TXI      0                            ////                                                  73 EX 03
    SET          280                                       ////
                                                           788  04151994     338.00-
                                                           846  05301994      50.00-


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   SHELBY W & MAXINE SELLS         2 30 199412 E 150  05221995    217.00   199519S 18221112067355D           .00
    AGI        2,083 TXI       8                           ////                                                  73 EX 03
    SET          317                                       ////
                                                           788  04151995     546.00-
                                                           846  05221995     229.00
```