IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY SELLS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00077 |
| ) | |
| EXECUTIVE OFFICE FOR THE UNITED ) | |
| STATES ATTORNEYS, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)    In my official capacity as Section Chief of RIDS, I supervise approximately 257 employees who staff a total of ten (10) Units and a field operational service center unit whose

1

collective mission is to effectively plan, develop, direct and manage responses to requests for

access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order

12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial

decisions and other Presidential and Congressional directives. My responsibilities also include

the review of FBI information for classification purposes as mandated by Executive Order 12958,

as amended,[1] and the preparation of affidavits/declarations in support of Exemption 1 claims

asserted under the FOIA.[2] I have been designated by the Attorney General of the United States as

an original classification authority and a declassification authority pursuant to Executive Order

12958, as amended, §§ 1.3 and 3.1. The statements contained in this declaration are based upon

my personal knowledge, upon information provided to me in my official capacity, and upon

conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed

by the FBI in responding to requests for information from its files pursuant to the provisions of

the FOIA, 5 U.S.C. § 552 and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware

of the treatment which has been afforded the FOIA/Privacy Act ("FOIPA") request of plaintiff,

Shelby Wayne Sells, which seeks access to records pertaining to himself.

(4)    The purpose of this declaration is to provide the Court and plaintiff with an

explanation of the procedures used to search for records responsive plaintiff's request.

## CORRESPONDENCE

(5)    By letter dated April 30, 2005, plaintiff submitted a FOIPA request to FBIHQ

---

[1]  60 Fed. Reg. 19825 (1995) and 68 Fed. Reg. 15315 (2003).

[2]  5 U.S.C. § 552 (b)(1).

seeking access to all documents, records and information concerning himself. **(See Exhibit A.)**

(6)     By second letter dated April 30, 2005, plaintiff submitted a FOIPA request to the Oklahoma City field office seeking access to all documents, records and information concerning himself. **(See Exhibit B.)**

(7)     By letter dated May 17, 2005, FBIHQ acknowledged receipt of the plaintiff's FOIPA request forwarded from the Oklahoma City Field Office. Plaintiff was also advised that his request had been assigned FOIPA number 1020657. **(See Exhibit C.)**

(8)     By letter dated May 25, 2005, FBIHQ acknowledged receipt of the plaintiff's FOIPA request to FBIHQ. Plaintiff was also advised that his request to FBIHQ would be handled simultaneously with his request to the Oklahoma City field office under FOIPA number 1020657. **(See Exhibit D.)**

(9)     By letter dated June 3, 2005, FBIHQ advised plaintiff that no records pertinent to his request were located by a search of the automated and manual indices of the Oklahoma City field office.[3],[4] Plaintiff was advised of the procedure to appeal this response to the Department of Justice ("DOJ") Office of Information and Privacy ("OIP"). **(See Exhibit E.)**

(10)     By letter dated June 11, 2005, plaintiff appealed FBIHQ's "no record" determination to OIP. **(See Exhibit F.)**

_____

[3] This letter failed to include a response to plaintiff's request to FBIHQ which also located no records responsive to his FOIPA request.

[4] The United States Marshals Service (USMS) did locate National Crime Information Center (NCIC) Reports dated August and November 2003 that contained FBI information which were released on February 8, 2006 by USMS. This release was predicated upon an agreement between FBIHQ and USMS in which the FBI granted USMS prior approval to release certain FBI records (i.e. NCIC Reports) which are subject to disclosure pursuant to the Privacy Act (Title 5, United States Code, Section 552a) without consultation or referral.

(11)    By letter dated June 22, 2005, OIP acknowledged receipt of plaintiff's

administrative appeal and advised that it had been assigned Appeal Number 05-2080.

(See Exhibit G.)

(12)    By letter dated February 27, 2006, OIP advised plaintiff that it affirmed the FBI's

action with regard to plaintiff's FOIPA request.  Plaintiff was advised that he could seek judicial

review of OIP's action in federal court.  (See Exhibit H.)

### EXPLANATION OF THE CENTRAL RECORDS SYSTEM

(13)    The Central Records System ("CRS"), which is utilized by the FBI to conduct

searches in response to FOIA and Privacy Act requests, enables it to maintain all information

which it has acquired in the course of fulfilling its mandated law enforcement responsibilities.

The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and

other files compiled for law enforcement purposes.  This system consists of a numerical sequence

of files broken down according to subject matter.  The subject matter of a file may relate to an

individual, organization, company, publication, activity, or foreign intelligence matter.  Certain

records in the CRS are maintained at FBIHQ.  Records which are pertinent to specific field

offices of the FBI are maintained in those field offices.

(14)    Access to the CRS is obtained through the General Indices, which are arranged in

alphabetical order.  The General Indices consist of index cards on various subject matters that are

searched either manually or through the automated indices.  The entries in the General Indices

fall into two categories:

    (a) A "main" entry –  A "main" entry, or "main" file, carries the
     name corresponding with a subject of a file contained in the CRS.

4

      (b) A "reference" entry – "Reference" entries, sometimes called
        "cross-references" are generally only a mere mention or reference
        to an individual, organization, or other subject matter, contained
        in a document located in another "main" file on a different subject
        matter.

(15)    Access to the CRS files in FBI field offices is also obtained through the General

Indices (automated and manual), which are likewise arranged in alphabetical order, and consist

of an index on various subjects, including the names of individuals and organizations. Searches

made in the General Indices to locate records concerning a particular subject, such as Shelby

Sells, are made by searching the subject requested in the index. FBI field offices have automated

indexing functions.

(16)    On October 16, 1995, the Automated Case Support ("ACS") system was

implemented for all Field Offices, Legal Attaches ("Legats") and FBIHQ. More than 105 million

records were converted from automated systems previously utilized by the FBI. The ACS

consists of three integrated, yet separately functional, automated applications that support case

management functions for all FBI investigative and administrative cases:

      (a) Investigative Case Management ("ICM") – ICM provides the ability to open,

assign, and close investigative and administrative cases as well as set, assign, and track leads.

The Office of Origin ("OO"), which sets leads for itself and other field offices, as needed, opens

a case. The field offices that receive leads from the OO are referred to as Lead Offices

("LOs")-formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal

Case File Number ("UCFN") which is utilized by all FBI field offices, Legats and FBIHQ, that

are conducting or assisting in the investigation. Using a fictitious file number "111-HQ-12345"

as an example, an explanation of the UCFN is as follows: "111" indicates the classification for

the specific type of investigation; "HQ" is the abbreviated form used for the OO of the investigation, which in this case is FBIHQ; and "12345" denotes the individual case file number for the particular investigation.

(b) Electronic Case File ("ECF") – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, in that only the creator of a document serializes it into a file. This provides a single-source entry of serials into the computerized ECF system. All original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index; however, the LOs may index additional information as needed. UNI, an index of approximately 92.8 million records, functions to index names to cases, and to search names and cases for use in FBI investigations. Names of individuals or organizations are recorded with identifying applicable information such as date or place of birth, race, sex, locality, Social Security number, address, and/or date of event.

(17)    The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the FBI Special Agent ("SA") assigned to work on the investigation, the Supervisory SA ("SSA") in the field office conducting the investigation, and the SSA at FBIHQ. The FBI does not index every name in its files; rather, it indexes only that information considered to be pertinent, relevant, or essential for future retrieval. Without a "key" (index) to this enormous amount of data, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of

6

federal criminal and national security statutes. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter or individual, i.e., Shelby Sells.

(18)    In response to plaintiff's request, FBIHQ searched the CRS using plaintiff's name in order to locate any main investigatory files maintained at HQ. A search of the CRS by using the name "Shelby Wayne Sells" would cover a three-way phonetic breakdown of the name. For example, this search would locate records using the phonetic sounds of each last and first name relating to the following names: "Sells, Shelby, Wayne"; "Sells, Shelby"; and "Sells, Shelby, W.". FBIHQ also used plaintiff's date of birth and Social Security number to facilitate the identification of responsive records. This search failed to locate any main investigatory files responsive to plaintiff's request.

## FBI FOIPA POLICY CONCERNING ROUTINE AUTOMATED SEARCHES AND SEARCHES OF THE CRS FOR RECORDS RESPONSIVE TO PLAINTIFF's REQUEST

(19)    In the absence of a specific request for a search for cross-references at the administrative level, the FBI's current policy is to identify only "main" files responsive to FOIPA requests. In this case, at the administrative level, plaintiff did not specifically request that a search be conducted for cross-references. Nonetheless, upon receipt of the complaint FBIHQ did conduct a search to locate cross-reference files responsive to this request. This search identified three cross-reference files as potentially responsive to this request. These files were identified as potentially responsive to plaintiff's request because the subjects' names sounded like or were similar to plaintiff's name. As explained above, a search of the CRS using the name "Shelby Wayne Sells" would cover a three-way phonetic breakdown of the name; therefore, this means

7

that this search would locate records using the phonetic sounds of each last and first name relating to the following names: "Sells, Shelby, Wayne"; "Sells, Shelby"; and "Sells, Shelby, W.".

(20)    In order to make a definitive determination that a file is in fact about the subject of the request, FBIHQ reviews that file to locate identifying information, such as, the subject's date of birth, home address, or social security number. In this case, three cross-reference files were identified by HQ as potentially responsive to plaintiff's request. The three files are FBI field office cross-reference files. Accordingly, FBIHQ requested the pertinent field office to conduct a search to locate these files. FBIHQ has been advised by the FBI field office that the cross-reference files identified as originating in that office do not pertain to the plaintiff. For these reasons, FBIHQ has determined that there are no cross-reference files that concern the plaintiff.

8

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct, and that Exhibits A through H attached hereto are true and correct copies.

Executed this _____ day of March, 2006.

DAVID M. HARDY
Section Chief
Records/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY SELLS )<br><br>Plaintiff, )<br><br>v. )<br><br>EXECUTIVE OFFICE FOR THE UNITED<br>STATES ATTORNEYS, et al. )<br><br>Defendants. ) | Civil Action No. 1:06CV00077 |

# **EXHIBIT A**

To: Director                                    Date: April 30, 2005

Federal Bureau of Investigation

J. Edgar Hoover Building

Washington, D. C.  20530

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:

  ALL RECORDS

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME  SHELBY WAYNE SELLS

DATE OF BIRTH : December 7, 1944

PLACE OF BIRTH : Sallisaw, Oklahoma

SOCIAL SECURITY NUMBER: 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

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  30th day of  April                    2005

               By  X _____
                              Affiant Herein

(28 USC Section 1746)

Name:  SHELBY SELLS

Reg. No.  04134-063

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHELBY SELLS                    )
                                )
          Plaintiff,            )
                                )
     v.                         )          Civil Action No. 1:06CV00077
                                )
EXECUTIVE OFFICE FOR THE UNITED )
     STATES ATTORNEYS, et al.   )
                                )
          Defendants.           )
                                )

# EXHIBIT B

To: __Special Agent In Charge__        Date: __April 30, 2005__

Federal Bureau of Investigation

3301 W Memorial

Oklahoma City, Oklahoma  73134

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All Records

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME __SHELBY WAYNE SELLS__

DATE OF BIRTH : __December 7, 1944__

PLACE OF BIRTH : __Sallisaw, Oklahoma__

SOCIAL SECURITY NUMBER: __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__

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this __30th__ day of __April__ , __2005__ .

By __X__ _Shelby Sells_
                              Affiant Herein

(28 USC Section 1746)

Name: __SHELBY SELLS__

Reg. No. __04134-063__

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHELBY SELLS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXECUTIVE OFFICE FOR THE UNITED | ) |
| STATES ATTORNEYS, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 1:06CV00077

# EXHIBIT C



**U.S. Department of Justice**

_____

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

Mr Shelby Wayne Sells                                              May 17, 2005
**04134-063
Post Office Box 3000
Forrest City,  AR  72335

                                        Request No.:  1020657- 000
                                        Subject:  Sells, Shelby Wayne

Dear Mr. Sells:

☒       This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
        to the FBI. The FOIPA number listed above has been assigned to your request.  Your
        request was forwarded to FBI Headquarters from the Oklahoma City Field Office.

☐       For an accurate search of our records, please provide the complete name, alias, date and
        place of  birth for the subject of your request.  Any other specific data you could  provide
        such as prior  addresses, or employment information would also be helpful.  If your
        subject is deceased, please  include date and proof of death.

☐       To make sure information about you is not released to someone else, we require your
        notarized  signature or, in place of a notarized signature, a declaration pursuant to Title
        28, United States Code 1746.  For your convenience, the reverse side of this letter
        contains a form which may be used for this purpose.

☐       If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
        your arrest record, please follow the enclosed instructions in Attorney General Order
        556-73.  You must submit fingerprint impressions so a comparison can be made  with the
        records kept by CJIS.  This is to make sure your information is not released to an
        unauthorized person.

☒       We are searching the indices to our central records system at FBI Headquarters for the
        information you requested, and will inform you of the results as soon as possible.

☐       Processing delays have been caused by the large number of requests received by the
        FOIPA.  We will process your request(s) as soon as possible.

    Your request has been assigned the number indicated above.  Please use this number in all
correspondence with us.  Your patience is appreciated.

                                Sincerely yours,

                                David M. Hardy
                                Section Chief,
                                Record/Information
                                   Dissemination Section
                                Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHELBY SELLS                         )
                                     )
            Plaintiff,               )
                                     )
        v.                           )          Civil Action No. 1:06CV00077
                                     )
EXECUTIVE OFFICE FOR THE UNITED      )
    STATES ATTORNEYS, et al.         )
                                     )
            Defendants.              )

# EXHIBIT D



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 25, 2005

Mr. Shelby Wayne Sells
**04134-063
Post Office Box 3000
Forrest City, AR 72335

Request No.: 1020657
Subject: Sells, Shelby Wayne

Dear Mr. Sells:

This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request

to FBI Headquarters.

Your Headquarters request will be handled simultaneously with your Oklahoma

City request, under FOIPA number 1020657.

Sincerely yours,

/S/

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHELBY SELLS                        )
                                    )
            Plaintiff,              )
                                    )
        v.                          )        Civil Action No. 1:06CV00077
                                    )
EXECUTIVE OFFICE FOR THE UNITED     )
    STATES ATTORNEYS, et al.        )
                                    )
            Defendants.             )
                                    )

# EXHIBIT E



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR SHELBY WAYNE SELLS                                June 3, 2005
**04134-063
POST OFFICE BOX 3000
FORREST CITY, AR 72335

                                                 Request No.: 1020657
                                                 Subject: SELLS, SHELBY WAYNE

Dear Mr. Sells:

        This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

        To promptly respond to our requests, we concentrate on identifying main files in the Central Records System. No records pertinent to your FOIPA request were located by a search of the automated and manual indices at our Oklahoma City field office.

        You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

                        Sincerely yours,

                        David M. Hardy
                        Section Chief,
                        Record/Information
                          Dissemination Section
                        Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHELBY SELLS                          )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )          Civil Action No. 1:06CV00077
                                      )
EXECUTIVE OFFICE FOR THE UNITED       )
     STATES ATTORNEYS, et al.         )
                                      )
          Defendants.                 )
                                      )

# EXHIBIT F

FOIA APPEAL

To: __Co-Director__                                Date: __June 11, 2005__

Office of Information & Privacy

Department of Justice                          RE: FOIA to __FBI in Oklahoma__

FLAG BUILDING, Suite 570                    Request No. __1020657__

Washington, D. C. 20530


Dear Sir:

    This is an appeal under the Freedom of Information Act.

    Please consider reviewing the action or inaction of the agency:

__FBI Field Office Oklahoma City__ in OK connection to my request for records.

        (check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

___X___ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ I believe the agency action or inaction otherwise unjust for the following reason:

_____

_____


    Appellant believes the agency has acted arbitrary and/or capricious. and asks for review of the action/inaction.

    The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

Sincerely,

cc: file

X _Shelby Sells_
Shelby Sells No. 04134-063
Box 3000, Forrest City, AR 72396

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHELBY SELLS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06CV00077 |
| | ) | |
| EXECUTIVE OFFICE FOR THE UNITED | ) | |
| STATES ATTORNEYS, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# EXHIBIT G



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**JUN 2 2 2005**

Mr. Shelby W. Sells
Register No. 04134-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

     Re: Request No. 1020657

Dear Mr. Sells:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on June 21, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2080**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

     Sincerely,

     Priscilla Jones
     Chief, Administrative Staff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHELBY SELLS                          )
                                      )
            Plaintiff,                )
                                      )
      v.                              )          Civil Action No. 1:06CV00077
                                      )
EXECUTIVE OFFICE FOR THE UNITED       )
      STATES ATTORNEYS, et al.        )
                                      )
            Defendants.               )
                                      )

# EXHIBIT H



U.S. Department of Justice

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**FEB 2 7 2006**

Mr. Shelby W. Sells
Register No. 04134-063
Federal Correctional Complex                Re:    Appeal No. 05-2080
Post Office Box 3000                                Request No. 1020657
Forrest City, AR  72336                            BVE:ADW:MJS

Dear Mr. Sells:

You appealed from the action of the Headquarters Office of the Federal Bureau of
Investigation on your request for access to records concerning yourself.

After carefully considering your appeal, I have decided to affirm the FBI's action on your
request. The FBI informed you that it could locate no records responsive to your request in its
Central Records System. It has been determined that this response is correct.

Although the FBI could locate no records responsive to your request at its Headquarters
Office, FBI personnel have advised a member of my staff that the Oklahoma City Field Office
may have records responsive to your request. If you have not done so already, I can only suggest
that you submit a new request directly to the Oklahoma City Field Office. See 28 C.F.R.
§§ 16.3(a) and 16.41(a) (2005) (requests for records held by FBI field offices must be submitted
to the field offices directly). The address for the Oklahoma City Field Office is:

                    Federal Bureau of Investigation
                    Oklahoma City Field Office
                    3301 West Memorial Drive
                    Oklahoma City, OK  73134

If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                    Sincerely,

                    Daniel J. Metcalfe
                    Director

                    By
                    Janice G. McLeod
                    Senior Counsel