UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHELBY SELLS, )
 )
    Plaintiff, )
 )
v. )   Civil Action No. 06CV0077 (RJL)
 )
Executive Office for United States )
Attorneys, et. al, )
 )
    Defendants )

## ORDER

Upon consideration of Defendant EOUSA's Second Motion for Enlargement of Time until May 22, 2006 to answer or otherwise respond to Plaintiff's Complaint, it is this ___ day of April, hereby

ORDERED that the Defendant's motion is hereby GRANTED

_____
UNITED STATES DISTRICT JUDGE

- 4 -