UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHELBY SELLS, )
           Plaintiff, )
           v. ) Civil Action No. 06-0077 (RJL)
EXECUTIVE OFFICE FOR )
UNITED STATES ATTORNEYS, *et al.*, )
           Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 18th day of August 2006,

**ORDERED** that the plaintiff's motion for partial summary judgment on the issue of exhaustion of administrative remedies [Dkt. No. 6] is **GRANTED in part** and **DENIED in part**. The motion is granted with respect to all defendants except the Drug Enforcement Agency, to which it is denied; it is

**FURTHER ORDERED** that the defendants' cross-motions for summary judgment [Dkt. Nos. 11, 15] are **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

Date: 8/18/06

Richard J. Leon
United States District Judge